No. 72–1694. NEW YORK v. NEWMAN. Ct. App. N. Y. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 72–5847. ALEXANDER v. GARDNER-DENVER Co. C. A. 10th Cir. [Certiorari granted, 410 U. S. 925.] Motion of American Retail Federation for leave to file a brief as *amicus curiae* granted.

No. 72–6160. MITCHELL v. W. T. GRANT Co. Sup. Ct. La. [Certiorari granted, 411 U. S. 981.] Motion of National Consumer Law Center, Inc., for leave to file a brief as *amicus curiae* and to dispense with printing denied.

No. 73–686. TELEPHONE USERS ASSN., INC. v. PUBLIC SERVICE COMMISSION OF THE DISTRICT OF COLUMBIA ET AL.; and
No. 73–687. TELEPHONE USERS ASSN., INC. v. PUBLIC SERVICE COMMISSION OF THE DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Motion of petitioners for leave to proceed *in forma pauperis* denied. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 72–6281. McMASTER v. CONNETT, WARDEN;
No. 72–6774. MILLER v. MEACHAM, WARDEN;
No. 73–5005. OLDEN v. McCARTHY, MEN'S COLONY SUPERINTENDENT, ET AL.;
No. 73–5083. LODDY v. MEACHAM, WARDEN, ET AL.; and
No. 73–5190. NEAL v. CALDWELL, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 73–5158. HAWKINS v. MEACHAM, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus and other relief denied.